**No. 10-9219. Mario Span, Petitioner v. Edwin G. Buss, Secretary, Florida Department of Corrections, et al.**

563 U.S. 977, 131 S. Ct. 2898, 179 L. Ed. 2d 1192, 2011 U.S. LEXIS 3486.

May 2, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 401 Fed. Appx. 451.